**Order entered October 6, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00276-CR

## STEVEN JAMES MORRIS, Appellant

## V.

## THE STATE OF TEXAS, Appellee

### On Appeal from the 59th Judicial District Court
### Grayson County, Texas
### Trial Court Cause No. 072064

## ORDER

Before the Court is appellant's October 4, 2021 second motion to extend time to file appellant's brief. We **GRANT** appellant's motion and **ORDER** appellant's brief filed on or before **October 25, 2021**. If appellant's brief is not filed by that date, this appeal may be abated for the trial court to make findings in accordance with rule of appellate procedure 38.8. *See* TEX. R. APP. P. 38.8(b)(2).

/s/  LANA MYERS
JUSTICE